# Exhibit "2"

**COMMONWEALTH OF KENTUCKY**
**KENTUCKY COMMISSION ON HUMAN RIGHTS**
**THE HEYBURN BUILDING**
**332 WEST BROADWAY, 14th FLOOR**
**LOUISVILLE, KENTUCKY 40202**
**KCHR COMPLAINT NO. 8886-E/R**
**EEOC CHARGE NO.**

**Bret Wehrly**

v.                                                    **DISMISSAL ORDER**

**Allstate Insurance Company**

Pursuant to the provisions of KRS 344.200(3), the Commission hereby adopts the following Order:

    This complaint is dismissed, after reconsideration, upon a finding of no probable cause to believe that the Respondent has engaged in an unlawful practice in violation of the Kentucky Civil Rights Act.

This is a final and appealable Order, and there is no just cause for delay in its entry.

A copy of this Order shall be served upon the Complainant, the Respondent, and the Attorney General.

KENTUCKY COMMISSION ON HUMON RIGHTS

BY: _Raymond M. Burse_
Raymond Burse
Chair

DOTE: 1/28/2021

Bret Wehrly v. Allstate Insurance Company
KCHR Complaint No. 8886-E/R
EEOC No.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **January 28, 2021**, a copy of the foregoing Order was served on the parties by regular mail, postage prepaid, by mailing same to:

Bret Wehrly
2079 Powhatan Trail
Richmond, KY 40475

Sara Hunt
Littler Mendelson, PC
2301 McGee St., Ste 800
Kansas City, MO 64108

On the same date, a copy of the foregoing Order was served on:

The Honorable Daniel Cameron
Attorney General
700 Capitol Avenue, Room 118
Frankfort, KY 40601-3449

*Terrance Sullivan*

Terrance A. Sullivan
Executive Director
KENTUCKY COMMISSION ON HUMAN RIGHTS
The Heyburn Building
332 West Broadway, 14th Floor
Louisville, Kentucky 40202